# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case |
| JEFFREY L. WATSON ) | No. 17-11147-KHK |
| AMY L. WATSON, ) | |
| ) | Chapter 7 |
| Debtors. ) | |

## REPORT OF RETURNED FUNDS AVAILABLE FOR FURTHER DISTRIBUTION

The undersigned trustee reports as follows:

1. The trustee is in receipt of distribution funds returned to the estate by Internal Revenue Service in the amount $3,226.66.

2. The trustee proposes a further distribution of $3,226.66 as outlined in the proposed distribution report attached hereto as Exhibit A.

3. The trustee's individual estate property record and report is attached hereto as Exhibit B.

4. The trustee's cash receipts and disbursements record is attached hereto Exhibit C.

Dated: March 7, 2019                    Respectfully submitted,

                                        H. JASON GOLD, TRUSTEE

H. Jason Gold, Trustee
101 Constitution Avenue, NW
Suite 900
Washington, D.C. 20001

By:    /s/ H. Jason Gold
       H. Jason Gold, Va. Bar No. 19117

*Chapter 7 Trustee*

H. Jason Gold, Va. Bar No. 19117
101 Constitution Avenue, NW
Suite 900
Washington, D.C. 20001

*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March 20198, a copy of the foregoing Notice was served via the Court's Electronic Case Filing System on all parties receiving such notification, and by first class mail, postage prepaid, to the parties on the attached Service List.[1]

/s/ H. Jason Gold
H. Jason Gold

H. JASON GOLD, TRUSTEE
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Tel: 202.689.2800
Fax: 202.689.2860

---

[1] Pursuant to Local Rule 5005-1(C)(8), the attached service list is not being served on each of the parties, but is attached to the original Certificate of Service filed with the Court.