FORM 2

Page No: 1

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-11147-KHK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | WATSON, JEFFREY L. AND WATSON, AMY L. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5505 | Checking Acct #: | ******1147 |
| Co-Debtor Taxpayer ID #: | **-***5506 | Account Title: | |
| For Period Beginning: | 4/5/2017 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/6/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/29/2017 | | FREEDOM TITLE SERVICES LLC | Proceeds of Real Estate Sale | * | $68,224.26 | | $68,224.26 |
| | | | Real estate sale commission $(10,740.00) | 3510-000 | | | $68,224.26 |
| | | | Settlement fees $(631.00) | 2500-000 | | | $68,224.26 |
| | | | Pay off first mortgage $(91,437.59) | 4110-000 | | | $68,224.26 |
| | | | Seller paid closing costs (including $80 - rent) $(5,080.00) | 2500-000 | | | $68,224.26 |
| | | | Unpaid property taxes $(2,887.15) | 2820-000 | | | $68,224.26 |
| | {3} | | Contract Sales Price $179,000.00 | 1110-000 | | | $68,224.26 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.54 | $68,217.72 |
| 11/03/2017 | | Integrity Bank | Bank Credit - Fee refund; (Refund was issued on 10/2/17) "Deposit Date" listed above was a data entry error. | 1290-000 | $6.54 | | $68,224.26 |
| 11/03/2017 | (38) | Huneycutt Realtors | Net Rental Proceeds | 1122-000 | $5,392.19 | | $73,616.45 |
| 11/20/2017 | 1001 | JEFFREY WATSON | Homestead exemption authorized by order entered 9/19/17. | 8100-002 | | $2.00 | $73,614.45 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $104.54 | $73,509.91 |
| 12/22/2017 | 1001 | STOP PAYMENT: JEFFREY WATSON | Homestead exemption authorized by order entered 9/19/17. | 8100-004 | | ($2.00) | $73,511.91 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $109.20 | $73,402.71 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $109.04 | $73,293.67 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $98.34 | $73,195.33 |
| 03/26/2018 | 1002 | Insurance Partners Agency, Inc. | Blanket Bond invoice 2/22/18 | 2300-000 | | $76.42 | $73,118.91 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $108.73 | $73,010.18 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $104.98 | $72,905.20 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $108.30 | $72,796.90 |
| 06/14/2018 | 1003 | United States Treasury | 61-6585505 JEFFREY L. WATSON - Bankruptcy Estate Payment voucher 4 2017 1041 - ES | 2810-000 | | $1,013.00 | $71,783.90 |
| 06/14/2018 | 1004 | Virginia Department of Taxation | 61-6585505 JEFFERY L. WATSON Bankruptcy Estate 2017 Form 770ES Voucher 4 | 2820-000 | | $719.00 | $71,064.90 |
| | | | **SUBTOTALS** | | **$73,622.99** | **$2,558.09** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-11147-KHK | | Trustee Name: | H. Jason Gold |
|---|---|---|---|---|
| Case Name: | WATSON, JEFFREY L. AND WATSON, AMY L. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5505 | | Checking Acct #: | ******1147 |
| Co-Debtor Taxpayer ID #: | **-***5506 | | Account Title: | |
| For Period Beginning: | 4/5/2017 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/6/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/14/2018 | 1005 | Virginia Department of Taxation | 61-6585506 AMY L. WATSON Bankruptcy Estate 2017 Form 770 ES Voucher 4 | 2820-000 | | $719.00 | $70,345.90 |
| 06/14/2018 | 1006 | United States Treasury | 61-6585506 AMY L. WATSON Bankruptcy Estate 2017 Form 1041 ES Voucher 4 | 2810-000 | | $1,013.00 | $69,332.90 |
| 06/14/2018 | 1007 | H. JASON GOLD | Order entered 5/25/2018 | * | | $12,505.58 | $56,827.32 |
| | | | Order entered 5/25/2018          $(12,469.84) | 2100-000 | | | $56,827.32 |
| | | | Order entered 5/25/2018             $(35.74) | 2200-000 | | | $56,827.32 |
| 06/14/2018 | 1008 | Barry Strickland & Co. | Order entered 5/31/2018 | * | | $3,169.90 | $53,657.42 |
| | | | Order entered 5/31/2018           $(3,162.50) | 3410-000 | | | $53,657.42 |
| | | | Order entered 5/31/2018              $(7.40) | 3420-000 | | | $53,657.42 |
| 06/14/2018 | 1009 | Nelson Mullins Riley & Scarborough LLP | Order entered 5/31/2018 | * | | $12,152.24 | $41,505.18 |
| | | | Order entered 5/31/2018          $(11,991.00) | 3110-000 | | | $41,505.18 |
| | | | Order entered 5/31/2018             $(161.24) | 3120-000 | | | $41,505.18 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $85.70 | $41,419.48 |
| 10/22/2018 | 1010 | Nelson Mullins Riley & Scarborough LLP | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Amount Claimed: 15,115.50; Amount Allowed: 15,115.50; Dividend: 7.54; | 3110-000 | | $3,124.50 | $38,294.98 |
| 10/22/2018 | 1011 | USAA SAVINGS BANK | Account Number: ; Claim #: 3; Distribution Dividend: 4.81; Amount Claimed: 23,658.34; Amount Allowed: 23,658.34; Dividend: 2.75; | 7100-000 | | $1,139.06 | $37,155.92 |
| 10/22/2018 | 1012 | IRS- Centralized Insolvency Op. 1 of 3 | Account Number: ; Claim #: 4; Distribution Dividend: 100.00; Amount Claimed: 3,226.66; Amount Allowed: 3,226.66; Dividend: 7.79; | 5800-000 | | $3,226.66 | $33,929.26 |
| 10/22/2018 | 1013 | Clerk, US Bankruptcy Court | Small Dividends | * | | $0.55 | $33,928.71 |
| | | | Claim Amount                          $(0.55) | 7100-001 | | | $33,928.71 |
| 10/22/2018 | 1014 | LVNV Funding, LLC its successors and assigns as | Account Number: ; Claim #: 5; Distribution Dividend: 4.81; Amount Claimed: 20,607.17; Amount Allowed: 20,607.17; Dividend: 2.39; | 7100-000 | | $992.16 | $32,936.55 |

| | | | **SUBTOTALS** | | **$0.00** | **$38,128.35** | |

FORM 2

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-11147-KHK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | WATSON, JEFFREY L. AND WATSON, AMY L. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5505 | Checking Acct #: | ******1147 |
| Co-Debtor Taxpayer ID #: | **-***5506 | Account Title: | |
| For Period Beginning: | 4/5/2017 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/6/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/22/2018 | 1015 | Lumbee Guaranty Bank | Account Number: ; Claim #: 6; Distribution Dividend: 4.81; Amount Claimed: 18,724.73; Amount Allowed: 18,724.73; Dividend: 2.17; | 7100-000 | | $901.53 | $32,035.02 |
| 10/22/2018 | 1016 | Lumbee Guaranty Bank | Account Number: ; Claim #: 7; Distribution Dividend: 4.81; Amount Claimed: 36,698.97; Amount Allowed: 36,698.97; Dividend: 4.26; | 7100-000 | | $1,766.92 | $30,268.10 |
| 10/22/2018 | 1017 | Stacy Poor | Account Number: ; Claim #: 8; Distribution Dividend: 4.81; Amount Claimed: 5.00; Amount Allowed: 628,669.00; Dividend: 73.07; | 7100-000 | | $30,268.10 | $0.00 |
| 11/19/2018 | 1012 | VOID: IRS- Centralized Insolvency Op. 1 of 3 | IRS returned check along with notice that claim is paid in full. | 5800-003 | | ($3,226.66) | $3,226.66 |
| 03/06/2019 | 1015 | STOP PAYMENT: Lumbee Guaranty Bank | Account Number: ; Claim #: 6; Distribution Dividend: 4.81; Amount Claimed: 18,724.73; Amount Allowed: 18,724.73; Dividend: 2.17; | 7100-004 | | ($901.53) | $4,128.19 |
| 03/06/2019 | 1016 | STOP PAYMENT: Lumbee Guaranty Bank | Account Number: ; Claim #: 7; Distribution Dividend: 4.81; Amount Claimed: 36,698.97; Amount Allowed: 36,698.97; Dividend: 4.26; | 7100-004 | | ($1,766.92) | $5,895.11 |
| 03/06/2019 | 1018 | Lumbee Guaranty Bank | Account Number: ; Claim #: 6; Distribution Dividend: 4.81; Amount Claimed: 18,724.73; Amount Allowed: 18,724.73; Dividend: 2.17; | 7100-000 | | $901.53 | $4,993.58 |
| 03/06/2019 | 1019 | Lumbee Guaranty Bank | Account Number: ; Claim #: 7; Distribution Dividend: 4.81; Amount Claimed: 36,698.97; Amount Allowed: 36,698.97; Dividend: 4.26; | 7100-000 | | $1,766.92 | $3,226.66 |
| | | | | **SUBTOTALS** | $0.00 | $29,709.89 | |

Case 17-11147-KHK   Doc 110-3   Filed 03/07/19   Entered 03/07/19 12:47:59   Desc Page No: 4
Exhibit(s) C   Page 4 of 5

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-11147-KHK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | WATSON, JEFFREY L. AND WATSON, AMY L. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5505 | Checking Acct #: | ******1147 |
| Co-Debtor Taxpayer ID #: | **-***5506 | Account Title: | |
| For Period Beginning: | 4/5/2017 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/6/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $73,622.99 | $70,396.33 | $3,226.66 |
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | Subtotal | | $73,622.99 | $70,396.33 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | Net | | $73,622.99 | $70,396.33 | |

**For the period of 4/5/2017 to 3/6/2019**

| | |
|---|---|
| Total Compensable Receipts: | $184,398.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $184,398.73 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $181,170.07 |
| Total Non-Compensable Disbursements: | $2.00 |
| Total Comp/Non Comp Disbursements: | $181,172.07 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/19/2017 to 3/6/2019**

| | |
|---|---|
| Total Compensable Receipts: | $184,398.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $184,398.73 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $181,170.07 |
| Total Non-Compensable Disbursements: | $2.00 |
| Total Comp/Non Comp Disbursements: | $181,172.07 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 17-11147-KHK | | Trustee Name: | H. Jason Gold |
|---|---|---|---|---|
| Case Name: | WATSON, JEFFREY L. AND WATSON, AMY L. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5505 | | Checking Acct #: | ******1147 |
| Co-Debtor Taxpayer ID #: | **-***5506 | | Account Title: | |
| For Period Beginning: | 4/5/2017 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 3/6/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $73,622.99 | $70,396.33 | $3,226.66 |

**For the period of 4/5/2017 to 3/6/2019**

| | |
|---|---|
| Total Compensable Receipts: | $184,398.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $184,398.73 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $181,170.07 |
| Total Non-Compensable Disbursements: | $2.00 |
| Total Comp/Non Comp Disbursements: | $181,172.07 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/05/2017 to 3/6/2019**

| | |
|---|---|
| Total Compensable Receipts: | $184,398.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $184,398.73 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $181,170.07 |
| Total Non-Compensable Disbursements: | $2.00 |
| Total Comp/Non Comp Disbursements: | $181,172.07 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ H. JASON GOLD

H. JASON GOLD